761 A.2d 540

Ernest BANKS, Jr., Appellant,

v.

PENNSYLVANIA DEPARTMENT OF
CORRECTIONS, et. al., Appellee.

No. 83 M.D. Appeal Docket 2000.

Supreme Court of Pennsylvania.

Oct. 11, 2000.

## ORDER

PER CURIAM:

AND NOW, this 11th day of October, 2000, probable juris-
diction is herewith noted and the order appealed is affirmed.